# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:
**JEREMY ASHER**
**CHERYL LYNN ASHER**
DEBTOR(S)                                                                                          CASE NO. **14-61338**

## TRUSTEE'S REPORT AND RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1. There is a pending objection to confirmation of the plan filed by Commonwealth Credit Union, Inc. ("CCU") regarding the proposed valuation of a 2009 Dodge Journey and the applicability of the 11 U.S.C. § 1325 "hanging paragraph" to this vehicle.

2. Should the "hanging paragraph" of 11 U.S.C. § 1325 apply, the plan will no longer be feasible and will require additional sums to compensate for the higher secured claim owed CCU.

Respectfully submitted by:    Beverly M. Burden, Chapter 13 Trustee

By:    */s/Michael E. Litzinger*
       Michael E. Litzinger,
       Attorney for Trustee
       KY Bar ID: 82898
       P.O. Box 2204
       Lexington, KY 40588-2204
       (859) 233-1527
       notices@ch13edky.com

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via ECF on all parties requesting electronic service on January 9, 2015.

By:    */s/Michael E. Litzinger*
       Michael E. Litzinger,
       Attorney for Trustee

P. BRIAN COUCH